UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SK BASEBALL, LLC, | ) | Case No. 3:11-cv-00145-ECR-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| INTRAFORM, INC., NORTHERN NEVADA BASEBALL SCOUT TEAM, | ) | |
| Defendants. | ) | |

The parties have failed to file the documents relating to the settlement of the case by February 29, 2012 as required by order (#52) filed on February 7, 2012.

IT IS THEREFORE ORDERED that the parties shall have an additional period of seven (7) days within which to file the said settlement documents. If they do not do so, a hearing to determine the status of the case shall be set.

Dated this 7th day of March 2012.

_____
EDWARD C. REED, JR.
United States District Judge