1  WILLIAM A.S. MAGRATH II (#1490)
   MEGAN STARICH (#11284)
2  McDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
3  P.O. Box 2670
   Reno, NV 89505-2670
4  Telephone: (775) 788-2000
   Facsimile: (775) 788-2020
5  wmagrath@mcdonaldcarano.com
   mstarich@mcdonaldcarano.com
6
   Attorneys for Defendant Intraform, Inc.
7

8  MICHAEL REITZELL (#9290)
   DUANE MORRIS LLP
9  Spear Tower
   One Market Plaza, Suite 2200
10 San Francisco, CA 94105-1127
   Telephone: (415) 957-3084
11 Facsimile: (530) 452-2927
   MLReitzell@duanemorris.com
12
   Attorneys for Plaintiff, SK Baseball, LLC
13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SK BASEBALL, LLC, a Delaware limited liability company, | Case No. 3:11-cv-00145-ECR-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A STIPULATION FOR DISMISSAL** |
| vs. | |
| INTRAFORM, INC., a Nevada Corporation; NORTHERN NEVADA BASEBALL SCOUT TEAM (aka ACES – NORTHERN NEVADA SCOUT TEAM); DOES I though X; and ROE CORPORATIONS X through XX, | ORDER GRANTING |
| Defendants. | |
| And Related Counterclaims and Third-Party Claims | |

COMES NOW, Plaintiff/Counterdefendant, SK BASEBALL, LLC, a Delaware limited liability company ("SKB"), by and through its attorney, Michael Reitzell, Esq. of

the law firm of Duane Morris LLP, and Defendant/Counter-claimant/Crossclaimant, INTRAFORM, INC., a Nevada corporation, ("Intraform"), by and through its attorneys, William A.S. Magrath II, Esq. and Megan Starich, Esq., of the law firm of McDonald Carano Wilson LLP, hereby stipulate to and agree to extend the deadline for filing a stipulation for dismissal of this action from March 14, 2012, up to and including March 28, 2012.  In its order dated March 7, 2012, the Court set a deadline of March 14, 2012 for the parties to complete all steps required to achieve settlement and submit a stipulation for dismissal.  While the parties have been diligently working to finalize this matter on or before March 14, 2012, the parties are still in the process of finalizing the documents relating to their settlement of this matter.

This stipulation is made in good faith and not in an attempt to delay proceedings.

DUANE MORRIS LLP

Dated:  March 13, 2012.        By /s/ Michael Reitzell
                                Michael Reitzell
                                Spear Tower
                                One Market Plaza, Suite 2200
                                San Francisco, CA 94105-1127
                                Attorneys for Plaintiff, SK Baseball, LLC

McDONALD CARANO WILSON, LLP

Dated:  March 13, 2012.        By /s/ William A.S. Magrath II
                                William A.S. Magrath II
                                Megan Starich
                                P.O. Box 2670
                                Reno, Nevada  89505
                                Attorneys for Defendant Intraform, Inc.

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of March 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE