UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SK BASEBALL LLC., | ) | Case No. 3:11-cv-00145-ECR-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| INTRAFORM, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

This action is referred to Magistrate Judge William G. Cobb for a status conference.

Among other things at the status conference, Judge Cobb should resolve the issue of whether one of the parties should be given a certain period of time within which to file a motion to enforce a settlement agreement. If no such motion is filed, new deadlines should be set for each phase of the case so it may be processed in an orderly fashion.

Magistrate Judge William G. Cobb is authorized to enter all appropriate orders including scheduling orders.

Dated this 30th day of March 2012.

_____
EDWARD C. REED, JR.
United States District Judge